UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RALPH MERCADO

Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( ) ( )

Defendant RALPH MERCADO hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

__X_    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer

/s/ Ralph Mercado by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

RALPH MERCADO
Print Defendant's Name

/s/ **John S. Wallenstein**
_____
Defendant's Counsel's Signature

JOHN S. WALLENSTEIN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/18/2021
Date

___Judith C. McCarthy___
U.S. District Judge/U.S. Magistrate Judge